THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No: 09-18931 |
| | ) | |
| Wendy & Robert Owens, Jr., | ) | Chapter 7 |
| | ) | |
| Debtors | ) | JUDGE ARTHUR I. HARRIS |

## NOTICE OF HEARING

Daniel M. McDermott, United States trustee for Region 9, has filed with the Court a motion styled:

**Motion of the United States Trustee to Dismiss Pursuant to
11 U.S.C. §§707(b)(1) and (b)(3)**

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

Parties are hereby notified that a hearing upon the motion shall come before the Court for hearing on **January 12, 2010 at 10:00 a.m. in Courtroom 1A, Honorable Arthur I. Harris, United States Bankruptcy Judge, United States Bankruptcy Court, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114.**

If you do not want the Court to grant the motion, then on or before seven (7) days prior to the hearing, you or your attorney must:

• File a written response to the motion explaining your position at:

　Clerk of Court
　United States Bankruptcy Court
　Howard M. Metzenbaum U.S. Courthouse
　201 Superior Avenue
　Cleveland, Ohio 44114

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the response deadline specified above.

- You must also mail a copy to the following parties:

    Derrick V. Rippy
    U.S. Department of Justice
    Office of the U.S. Trustee
    Howard M. Metzenbaum U.S. Courthouse
    201 Superior Avenue, 4th Floor
    Cleveland, Ohio 44114

- Attend the hearing scheduled to be held on **January 12, 2010 at 10:00 a.m. in Courtroom 1A, Honorable Arthur I. Harris, United States Bankruptcy Judge, United States Bankruptcy Court, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114.** The hearing may be adjourned by the Court from time to time.

**If you or your attorney do not takes these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without conducting a hearing.**

        Respectfully submitted,

        **Daniel M. McDermott**
        **United States Trustee, Region 9**

by:    */s/ Derrick V. Rippy*
        Derrick V. Rippy #0044069
        Trial Attorney
        U.S. Department of Justice
        Office of the U.S. Trustee
        H.M. Metzenbaum U.S. Courthouse
        201 Superior Avenue, 4th Floor
        (216) 522-7800 ext. 232
        (216) 522-7193 Facsimile
        Derrick..V.Rippy@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned hereby states that a copy of this Notice of Hearing was sent electronically or mailed by first class U.S. mail to the parties listed below on the 15th day of December, 2009:

**James W Westfall**
Westfall Legal Services
75 Public Square, Suite 914
Cleveland, OH 44113

**Wendy & Robert Owens, Jr.**
9300 Lindbergh Blvd
Olmsted Falls, OH 44138

/s/Derrick V. Rippy
Derrick V. Rippy