**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on January 13, 2010, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: January 13, 2010**

**Arthur I. Harris
United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09-18931 |
| | ) | |
| Wendy & Robert O. Owens, | ) | Chapter 7 |
| | ) | |
| Debtors | ) | JUDGE ARTHUR I. HARRIS |

### AGREED ORDER OF DISMISSAL

This matter is before the Court upon the *Motion of the United States Trustee to Dismiss Pursuant to 11 U.S.C. §§707(b)(1) & (b)(3)*.

Debtors filed their voluntary chapter 7 petition for relief on September 22, 2009.

The United States trustee's filed his motion to dismiss pursuant to sections 707 (b)(1) and (b)(3) of the Bankruptcy Code on December 15, 2009.

The Court has jurisdiction over the United States trustee's motion pursuant to 28 U.S.C. § 1334. This matter constitutes a core proceeding as that term is defined in 28 U.S.C. § 157(b).

After discussions between the United States trustee and Debtors' counsel, the parties agree to dismissal of this chapter 7 case.

Accordingly,

**IT IS THEREFORE ORDERED** that the motion of the United States trustee is granted and Debtors' chapter 7 case is hereby dismissed without prejudice.

#     #     #

**Submitted by:**

| | |
|---|---|
| */s/Derrick V. Rippy* | */s/James W. Westfall* |
| Derrick V. Rippy (0044069) | James W. Westfall (0029420) |
| Trial Attorney | Attorney for Debtors |
| U.S. Department of Justice | 75 Public Square, Suite 914 |
| Office of the U.S. Trustee | Cleveland, Ohio 44113 |
| H.M. Metzenbaum U.S. Courthouse | (216) 589-0600 |
| 201 Superior Avenue, 441 | (216) 589-0404 Facsimile |
| Cleveland, Ohio 44114 | |
| (216) 522-7800 x.232 | |
| (216) 522-7193 Facsimile | |

## Certificate of Service

I certify a copy of the foregoing "*Agreed Order of Dismissal*" was served upon the following parties:

| | |
|---|---|
| Derrick V. Rippy | James W. Westfall |
| Trial Attorney | Attorney for Debtors |
| U.S. Department of Justice | 75 Public Square, Suite 914 |
| Office of the U.S. Trustee | Cleveland, Ohio 44113 |
| H.M. Metzenbaum U.S. Courthouse | |
| 201 Superior Avenue, 441 | |
| Cleveland, Ohio 44114 | |

Wendy & Robert Owens
9300 Lindbergh Blvd
Olmsted Falls, OH 44138

*/s/Deputy Clerk of Court*
Deputy Clerk of Court